# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-173 |
| ) | |
| HARRINGTON & RICHARDSON ) | |
| HANDY GUN, SN: 18586, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The United States filed this *in rem* civil action to forfeit a firearm to the government. Doc. 1 at 1. It then published a claims deadline which has since expired. Doc. 6 ("Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 15, 2014) . . . ." Yet, there has been no activity in this case since that March 15th deadline.

Within 14 days of the date this Order is served, then, the government shall either move this case along or show why it should not be dismissed on abandonment grounds.

**SO ORDERED**, this 2nd day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA